IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. WILLIAMS                                          PLAINTIFF

V.                         CASE NO. 4:15-CV-04064

SHERIFF RON STOVALL                                 DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed December 6, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 45) be granted and Plaintiff's case be dismissed without prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss (ECF No. 45) is hereby granted and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2017.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge